S. LANE TUCKER
United States Attorney

STEPHEN L. CORSO
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Email: stephen.corso@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, Plaintiff, vs. DAVID ALAN BURK, Defendant. | No. 3:23-cr-00102-KFR<br><br>COUNT 1:<br>ASSAULT IN THE SPECIAL AIRCRAFT JURISDICTION OF THE UNITED STATES<br>  Vio. of 49 U.S.C. § 46506(1) and 18 U.S.C. § 113(a)(5) |
|---|---|

## INFORMATION

The United States Attorney charges that:

### COUNT 1

On or about April 10, 2023, within the special aircraft jurisdiction of the United States, namely Delta Airlines Flight 517 in flight from Minneapolis, Minnesota, to Anchorage, Alaska, the defendant, DAVID ALAN BURK, did assault T.C., a flight attendant, by kissing him without his consent.

All in violation of 49 U.S.C. § 46506(1) and 18 U.S.C. § 113(a)(5).

RESPECTFULLY SUBMITTED October 31, 2023, in Anchorage, Alaska.

S. Lane Tucker
United States Attorney

s/ Stephen L Corso
STEPHEN L. CORSO
Assistant U.S. Attorney
United States of America

**CERTIFICATE OF SERVICE**

I hereby certify that on October 31, 2023,
a true and correct copy of the foregoing
was served electronically on the following:

Lance C. Wells
Attorney for Mr. Burk

s/ Stephen L Corso
Office of the U.S. Attorney